NOVEMBER 20, 1961

No. 66226.—A. Zerkowitz & Co., Inc. *v.* United States, protests 60/7384, etc.— Plaintiff's application for rehearing granted.

NOVEMBER 20, 1961

No. 66227.—SUIT 5022.—United States *v.* A. J. Taylor of Santa Fe, New Mexico.—C.D. 2128 affirmed February 6, 1961. C.A.D. 772.

BEFORE THE FIRST DIVISION, NOVEMBER 27, 1961

No. 66228.—Artiflor Mfg. Co. et al. *v.* United States, protests 59/26619, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiffs was sustained.